IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAVID JACOBSON, LDOC #55309** | § | **PETITIONER** |
| | § | |
| v. | § | Civil Action No. 1:10cv112-LG-RHW |
| | § | |
| **STATE OF MISSISSIPPI** | § | **RESPONDENT** |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation [15] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Report and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Report and Recommendations [15] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, adopted as the finding of this Court. The plaintiff's cause of action is hereby dismissed.

**SO ORDERED AND ADJUDGED** this the 8th day of November, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE